Builders' Mortgage Company, Appellant, v. Italian-American Trust Company of the City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Carr, JJ., concurred.

Jennie M. Bump, as Administratrix, etc., of Charles Bump, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Hirschberg, P. J., Woodward, Jenks, Rich and Carr, JJ.

F. W. Carlin Construction Company, Respondent, v. New York and Brooklyn Brewing Company, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

John Castrogiovanni, Respondent, v. Illinois Surety Company, Appellant.— Interlocutory judgment affirmed, with costs, with the right to the appellant to withdraw its demurrer and answer over upon payment of costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Carr, JJ., concurred.

Benjamin Cohen and Joseph Stollar, Appellants, v. Isaac Cohen and Others, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred; Thomas and Carr, JJ., being of opinion that the judgment as to the counterclaim is erroneous.

Oliver B. Coomes, Appellant, v. Hiram C. Bennett and Others, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

Israel Diamond and Max Lensky, Respondents, v. Celia Diamond, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that there was an accord and satisfaction. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

William F. Doerflinger, Respondent, v. Ada B. Hamilton, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Carr, JJ., concurred.

Joseph Dubinsky, Appellant, v. Alabama Construction Company and Others, Respondents.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Carr, JJ., concurred.

Eureka Cement Company, Plaintiff, Judgment Creditor; George W. Broadhurst, Assignee, Appellant, v. Dominick Bonacci, Respondent, Judgment Debtor.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

John H. Fleming, Appellant, v. William D. C. Field, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Fundy Company, Respondent, v. Edmund Fain and Others, Defendants. The State Bank, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks and Thomas, JJ., concurred; Burr, J., taking no part.

Moritz Goldstein, Appellant, v. Elmer L. Sutherland, Respondent.— Inter-

locutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Carr, JJ., concurred.